# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIMEE DAVIS, | No. 4:16-CV-01011 |
| Plaintiff. | (Judge Brann) |
| v. | |
| C. OTTE, TAMMY R. RISHEL, CYNTHIA FREELAND, ABC CORP., AND JOHN DOE, | |
| Defendant. | |

## ORDER

**AND NOW**, this 13th day of November 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss filed by Cynthia Freeland and Tammy R. Rishel, ECF No. 34, is **DENIED.**

2. The Motion to Dismiss filed by C. Otte, ECF No. 37, is **DENIED.**

3. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants shall file an answer to Plaintiff's Second Amended Complaint, ECF No. 25, within 14 days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge