

1700 Market St., Suite 3150
Philadelphia, PA 19103
+ 1 215 567 7600  Main
+ 1 215 525 4453  Fax

Email: Sue@Hilljustice.com
Facsimile: 215-525-4311

May 23, 2019

**Via E-filing**

Honorable Matthew W. Brann
United States District Court for
The Middle District of Pennsylvania
P.O. Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

      Re:    Davis v. Otte, Freeland, Rishel, and Department of Corrections
               U.S.D.C.M.D.Pa. No. 4:16-CV-1011

Dear Judge Brann:

    We represent Plaintiff, Aimee Davis, in the above matter. The purpose of this letter is to notify Your Honor that this matter has settled[1]. The parties are in the process of exchanging the appropriate closing documents.

    We respectfully request an Order of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. If any additional information is required, we are happy to provide same.

                                          Respectfully,

                                          Susan B. Ayres, Esquire

Cc: All counsel of record via e-filing

---

[1] A portion of this case was transferred to the United States District Court for the Eastern District of Pennsylvania, and remains pending at Davis v. City of Philadelphia, et al., E.D.Pa. No. 17-CV-01381.